## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**M. K. JONES & ASSOCIATES, INC.,**

    **Plaintiff,**

**v.**                                           **Case No.  8:06-cv-285-T-30MAP**

**MORRIS PUBLISHING GROUP, LLC and**
**JOURNAL REGISTER COMPANY,**

    **Defendants.**
_____/

## **ORDER OF DISMISSAL**

Before the Court is the Notice of Voluntary Dismissal With Prejudice (Dkt. #20).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on October 30, 2006.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-285.dismissal 20.wpd